MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor: CLIVE DALLAS EGAN AND CATHY LYNN EGAN

Chapter 7 Case No.    08-45407

Please Check One:

XXX   Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 43.51 |

DATED: April 28, 2010

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

08-329

Printed: 04/28/10 03:01 PM

# State Check Report

Page: 1

**Trustee:** John R. Stoebner (430050)
**Case:** 08-45407 - EGAN, CLIVE DALLAS

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02321339-66 | 10110 | 04/28/10 | US BANKRUPTCY COURT REGISTRY FUNDS | | | $43.51 |
| Cancelled Account No. | Cancelled Check No. | Filed | Priority | Claimant | | |
| | | | | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 312-2321339-66 | 107 | 03/23/09 | 610 | PARAGON DECORS INC<br>PARAGON PICTURE GALLERY<br>PO BOX 1187<br>ALBERTVILLE, AL 35950 | | |
| | 5 | | | 750.00 | 750.00 | 43.51 | 43.51 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5
## For Deposit to Registry Fund

Debtor: CLIVE DALLAS EGAN AND CATHY LYNN EGAN

Chapter 7 Case No. 08-45407

Please Check One:

XXX   Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 43.51 |

DATED: April 28, 2010

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

08-329

Printed: 04/28/10 03:01 PM

# Stale Check Report

Page: 1

**Trustee:** John R. Stoebner (430050)
**Case:** 08-45407 - EGAN, CLIVE DALLAS

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-0232133966 | 10110 | 04/28/10 | US BANKRUPTCY COURT REGISTRY FUNDS | | | $43.51 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 312-2321339-66 | 5 | 107 | 03/23/09 | 610 | PARAGON DECORS INC<br>PARAGON PICTURE GALLERY<br>PO BOX 1187<br>ALBERTVILLE, AL 35950 | 750.00 | 750.00 | 43.51 | 43.51 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.